1  **JODI D. THORP**
   California State Bar No. 223663
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:  (619) 234-8467
4  Facsimile:   (619) 687-2666
   jodi_thorp@fd.org
5

6  Attorneys for Defendant Mr. Ruiz

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )    Case No. 07mj8924
                                        )
12              Plaintiff,              )
                                        )
13  v.                                  )
                                        )    **NOTICE OF APPEARANCE**
14  JUAN ESTEBAN RUIZ                    )
                                        )
15              Defendant.              )
    _____)
16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Jodi D. Thorp, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the

19  above-captioned case.

20                                           Respectfully submitted,

21

22  Dated:  November 15, 2007              *s/ Jodi D. Thorp*
                                           JODI D. THORP
23                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Defendant
24                                         jodi_thorp@fd.org

25

26

27

28