FILED
DEC 11 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3319-L |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | |
| JUAN ESTEBAN RUIZ, ) | 41 C.F.R., Sec. 102-74.390 - Impeding a Federal Officer on Property Under the Charge of the General Services Administration (misdemeanor) |
| Defendant. ) | |

The United States Attorney charges:

On or about November 11, 2007, within the Southern District of California, defendant JUAN ESTEBAN RUIZ, did enter in or on federal property under the charge of the General Services Administration, and did exhibit conduct which impeded or disrupted the performance of official duties by a Government employee, to wit, U.S. Customs and Border Protection, Supervisory U.S. Border Patrol Agent Marc Battaglini; in violation of Title 41, Code of Federal Regulations, Section 102-74.390, a misdemeanor.

DATED: December 11, 2007.

KAREN P. HEWITT
United States Attorney

*[signature]*

JOSEPH J.M. ORABONA
Assistant U.S. Attorney