1  **JODI DENISE THORP**
   California State Bar No. 223667
2  427 "C" Street, Suite 300
   San Diego, California  92101
3  Telephone:  (619) 233-3169 x 14
   Fax: (619) 684-3569
4  email: jodithorp@thorplawoffice.com

5  Attorneys for Juan Esteban Ruiz

6

7
                    UNITED STATES DISTRICT COURT
8
                  SOUTHERN DISTRICT OF CALIFORNIA
9
                 **(HONORABLE ANTHONY J. BATTAGLIA)**
10
   UNITED STATES OF AMERICA,        )   CASE NO. 07CR3319-L
11                                  )
       Plaintiff,                   )
12                                  )   DATE: January 22, 2008
   v.                               )
13                                  )   TIME: 9:00 a.m.
   JUAN ESTEBAN RUIZ                )
14                                  )
       Defendant.                   )
15                                  )
                                    )   **JOINT MOTION TO CONTINUE**
16                                  **)**  **MOTION HEARING**
                                    )
17 ─────────────────────────────────────────────────────────────

18     Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**,

19 Jodi D. Thorp, counsel for Pablo Ruiz-Soto, along with Assistant United States Attorney Joseph Orabona, that

20 the motion hearing currently scheduled for January 22, 2008, be rescheduled to Monday**, February 4, 2008,**

21 **at 11:00 a.m.** for motion hearing trial setting.  The parties agree that all other dates should be vacated.

22     **IT IS SO STIPULATED.**

23 DATED:      January 18, 2008           /s/ Jodi D. Thorp
                                          **JODI D.THORP**
24                                        Counsel for Mr. Ruiz-Soto

25
   DATED:      January 18, 2008           /s/ Joseph Orabona
26                                        **JOSEPH ORABONA**
                                          Assistant United States Attorney
27

28