1 **JODI DENISE THORP**
California State Bar No. 223667
2 427 "C" Street, Suite 300
San Diego, California  92101
3 Telephone:  (619) 233-3169 x 14
Fax: (619) 684-3569
4 email: jodithorp@thorplawoffice.com

5 Attorneys for Juan Esteban Ruiz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3319-L |
| Plaintiff, ) | |
| ) | DATE: January 22, 2008 |
| v. ) | TIME: 9:00 a.m. |
| JUAN ESTEBAN RUIZ ) | |
| Defendant. ) | |
| ) | CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Joseph Orabona, Assistant Untied States Attorney
joseph.orabona@usdoj.gov,efile.dkt.gc1@usdoj.gov,kathleen.jordano@usdoj.gov

DATED:        January 18, 2008                  /s/ Jodi D. Thorp
                                                JODI D. THORP
                                                Attorneys for Mr. Esteban-Ruiz