1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3319-L |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JUAN ESTEBAN RUIZ | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

18

19         **IT IS HEREBY ORDERED** upon joint motion of all the parties, that the motion hearing

20   currently scheduled for January 22, 2008, be rescheduled to Monday**, February 4, 2008, at 11:00 a.m.**

21   for motion hearing trial setting.  All other dates are vacated.

22         **SO ORDERED.**

23

24

25

26   DATED:   January 18, 2008

27   _____

28   Hon. Anthony J. Battaglia
     U.S. Magistrate Judge
     United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28