1  **JODI DENISE THORP**
   California State Bar No. 223667
2  427 "C" Street, Suite 300
   San Diego, California 92101
3  Telephone: (619) 233-3169
   Fax: (619) 684-3569
4  email: jodithorp@thorplawoffice.com

5  Attorneys for Juan Esteban Ruiz

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE M. JAMES LORENZ)**

11  UNITED STATES OF AMERICA,          )    CASE NO. 07CR3319-L
                                       )
12          Plaintiff,                 )
                                       )    DATE: February 4, 2008
13  v.                                 )
                                       )    TIME: 11:00 a.m.
14  JUAN ESTEBAN RUIZ                  )
                                       )    **CERTIFICATE OF SERVICE**
15                                     )
            Defendant.                 )
16  _____   )

17

18          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

19  information and belief, and that a copy of the foregoing document has been served this day upon:

20

21                          U S Attorney CR
                       Efile.dkt.gc2@usdoj.gov
22

23

24  DATED:       January 27, 2008             /s/ Jodi D. Thorp
                                              JODI D. THORP
25                                            Attorneys for Mr. Ruiz

26

27

28