1 **JODI DENISE THORP**
California State Bar No. 223667
2 427 "C" Street, Suite 300
San Diego, California 92101
3 Telephone: (619) 233-3169 x 14
Fax: (619) 684-3569
4 email: jodithorp@thorplawoffice.com

5 Attorneys for Juan Esteban Ruiz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3319-L |
| Plaintiff, ) | |
| ) | DATE: February 4, 2008 |
| v. ) | |
| ) | TIME: 9:00 a.m. |
| JUAN ESTEBAN RUIZ ) | |
| ) | **JOINT MOTION TO CONTINUE** |
| Defendant. ) | **MOTION HEARING** |
| ) | |

   Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jodi D. Thorp, counsel for Juan Esteban-Ruiz, along with Assistant United States Attorney Joseph Orabona, that the motion hearing/bond hearing currently scheduled for February 4, 2008, be rescheduled to Tuesday**, February 19, 2008, at 3:00 p.m.** for status hearing/bond hearing. Pre-trial services does not object to this request.

   **IT IS FURTHER AGREED BETWEEN THE PARTIES** that Mr. Esteban-Ruiz be permitted to reside in the State of Wisconsin, his home state, throughout the pendency of this case. Pre-trial services does not object to this request. All other bond conditions are to remain the same.

   **IT IS SO STIPULATED.**

DATED:     February 1, 2008          /s/ Jodi D. Thorp
                                     **JODI D.THORP**
                                     Counsel for Mr. Ruiz-Soto


DATED:     February 1, 2008          /s/ Joseph Orabona
                                     **JOSEPH ORABONA**
                                     Assistant United States Attorney