1 **JODI DENISE THORP**
California State Bar No. 223667
2 427 "C" Street, Suite 300
San Diego, California 92101
3 Telephone: (619) 233-3169 x 14
Fax: (619) 684-3569
4 email: jodithorp@thorplawoffice.com

5 Attorneys for Juan Esteban Ruiz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3319-L |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| JUAN ESTEBAN RUIZ | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Joseph Orabona, Assistant Untied States Attorney
joseph.orabona@usdoj.gov,efile.dkt.gc1@usdoj.gov,kathleen.jordano@usdoj.gov

DATED:      February 1, 2008             /s/ Jodi D. Thorp
                                         JODI D. THORP
                                         Attorneys for Mr. Esteban-Ruiz