UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3319-L |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER |
| JUAN ESTEBAN RUIZ | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the motion hearing currently scheduled for February 4, 2008, be rescheduled to Tuesday **, February 19, 2008, at 3:00 p.m.** for status hearing/bond hearing. All other dates are vacated.

**IT IS FURTHER ORDERED** upon joint motion of all the parties, that Juan Esteban Ruiz be permitted to reside in the State of Wisconsin throughout the pendency of this case and be permitted to

///
///
///
///
///

1  travel between Wisconsin and San Diego for purposes related to his case.  All other conditions remain the
2  same.
3          **SO ORDERED.**
4
5  DATED:   February 4, 2008
6
7                                                              _____
                                                                Hon. Anthony J. Battaglia
                                                                U.S. Magistrate Judge
8                                                               United States District Court
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28