UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 22 PM 3:21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3319-L |
| v. | JUDGMENT |
| JUAN ESTEBAN RUIZ | JODI D. THORP |
| | Defendant's Attorney |

REGISTRATION NO. 01742298

VIOLATION: 18:13; 41 CFR sec. 102-74.390 - Impeding a Federal officer on property under the charge of the General Services Administration (misdemeanor)

__x__ Defendant pleaded guilty to count 1 of the Information
_____ Count(s) _____ dismissed on the government's oral motion.

## JUDGMENT

__x__ Defendant is adjudged guilty on count 1


__x__ UNSUPERVISED Probation for a term of (2) TWO YEARS
on the following conditions:
__x__ obey all laws, Federal, State and Municipal
__x__ comply with all lawful rules and regulations of the probation department
__x__ not committ any same or similar offenses
__x__ Perform (100) hours of community service within (6) months
_____ not reenter the United States illegally
_____ not possess any firearm, destructive device or any other dangerous weapon
_____ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
_____ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
__x__ Penalty assessment of $ 5.00 - Remitted
__x__ Fine waived        _____ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.


02/19/08
Date of Imposition of Sentence

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE
Entered on: