UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3319-L |
| v. ) | JUDGMENT |
| JUAN ESTEBAN RUIZ ) | JODI D. THORP |
| ) | Defendant's Attorney |

FILED
08 FEB 22 PM 3:21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

REGISTRATION NO. 01742298

VIOLATION: 18:13; 41 CFR sec. 102-74.390 - Impeding a Federal officer on property under the charge of the General Services Administration (misdemeanor)
**x** Defendant pleaded guilty to count 1 of the Information
___ Count(s) _____ dismissed on the government's oral motion.

FILED
2008 FEB 26 AM 10:04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**JUDGMENT**

**x** Defendant is adjudged guilty on count 1

**x** UNSUPERVISED Probation for a term of (2) TWO YEARS
on the following conditions:
**x** obey all laws, Federal, State and Municipal
**x** comply with all lawful rules and regulations of the probation department
**x** not commit any same or similar offenses
**x** Perform (100) hours of community service within (6) months
___ not reenter the United States illegally
___ not possess any firearm, destructive device or any other dangerous weapon
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
**x** Penalty assessment of $ 5.00 - Remitted
**x** Fine waived      ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

I have executed within Probation on
Judgement and Commitment on 2/25/08
United States Marshal
By: _____
USMS Criminal Section

02/19/08
Date of Imposition of Sentence
ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE
Entered on: