

August 4, 2008

Juan Ruiz
640 Crandall St
Madison, WI 53711

**FILED**
SEP 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Dear Juan,

This letter confirms that between May 27, 2008 and July 28, 2008, you completed 57 hours of volunteer community service at Olbrich Botanical Gardens. During that time, you were able to complete the verification project for Olbrich's Brick Program that recognizes donors.

We appreciate the hours you've given Olbrich and the work that was completed during that time.

Good luck to you in your future endeavors.

*Marty Petillo*
Marty Petillo
Volunteer Services Manager
608/246-5807
mpetillo@cityofmadison.com

3330 ATWOOD AVENUE   MADISON, WI 53704   608-246-4550   WWW.OLBRICH.ORG





August 6, 2008

This letter is to confirm that Juan Ruiz has successfully completed 18 hours of community service at Omega School. Please contact me if you have any questions.

Sincerely,

Oscar Mireles

**Executive Director:**
Oscar Mireles




Omega School, Inc.
835 West Badger Road
Madison, WI
53713
Fax: (608) 256-4651
(608) 256-4650



## CENTRO HISPANO OF DANE COUNTY



FILED
SEP 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

To Whom It May Concern:

Juan Ruiz has completed 33 hours of community service at Centro Hispano of Dane County as of June 18, 2008. His community service required him to help out with the food pantry, cleaning, and other job duties as assigned by New Routes coordinator, Jorge Quintanilla.

For any questions please feel free to contact Jorge Quintanilla at the phone number listed in this letter.

Sincerely,

Jorge Quintanilla, New Routes Coordinator

tt

· 810 W. Badger Rd. · Madison, WI · 53713 · 608-255-3018 · www.chdc.us






United Way
of Dane County

